IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD KNADLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff, Richard Knadler, and for this his complaint against Defendant named above, Santander Consumer USA Inc., to redress egregious statutory violations pursuant to 15 U.S.C. Section 1681 *et seq.*, (the "Fair Credit Reporting Act");

PARTIES, JURISDICTION AND VENUE

1. Plaintiff is a resident of Columbia County, Georgia.

2. Plaintiff is a natural person and a consumer as defined by 15 U.S.C. Section 1681a(c).

3. Santander Consumer USA Inc. ("Santander") is a Illinois corporation registered to do business in the State of Georgia and may be served through its registered agent CT Corporation System, 1201 Peachtree Street NE, Atlanta, Georgia 30361.

4. Santander is a furnisher of consumer information pursuant to 15 U.S.C. Section 1681s-2.

5. Jurisdiction of this Court arises under 28 U.S.C. Sections 1331, 1337, and 15 U.S.C. Section 1681p.

6. Santander is subject to personal jurisdiction of this Court pursuant to O.C.G.A. Section 9-10-91 because Defendant transacts business within this State, has committed a tortious

1

act or omission with this State and/or has committed tortious injury in this State caused by an act or omission outside this State.

7. Santander also regularly does and solicits business and engages in persistent courses of conduct and derives substantial revenue from services rendered in this State.

8. The events giving rise to this Complaint occurred in Plaintiff's resident county of Columbia County, Georgia; therefore, venue is proper in this Court.

## FACTUAL ALLEGATIONS

9. Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

10. On or around March 31, 2008, Plaintiff purchased a 2008 Dodge Caravan (the "Vehicle") from Triangle Dodge.

11. Pursuant to this purchase, Plaintiff entered into a loan agreement with CitiFinancial Auto, Ltd. ("Citi").

12. At some time after the purchase, Santandere became the holder of the promissory note and loan agreement between Plaintiff and Citi.

13. Plaintiff defaulted under the promissory note and loan agreement when it was held by Santander.

14. On or around July 2012, Santander repossessed the Vehicle.

15. After the repossession of the Vehicle, Santander could have complied with the relevant provisions of O.C.G.A. Section 10-1-36 to hold Plaintiff liable for a deficiency judgment.

16. Santander did not comply with any provisions of O.C.G.A. Section 10-1-36 and is therefore not entitled to a deficiency in any amount.

17. Santander continues to report to the credit reporting agencies that Plaintiff still owes Santander an outstanding balance despite its failure to comply with O.C.G.A. Section 10-1-36.

18. This report is false.

19. The undersigned, on behalf of Plaintiff, sent letters disputing the amounts reported to the three major national credit reporting agencies, Equifax, Experian, and Trans Union (the "Credit Agencies"). The letters are attached hereto as Exhibit "A" and incorporated herein.

20. The undersigned, on behalf of Plaintiff, also sent the letters disputing the amounts reported directly to Defendant.

21. Despite the disputes and notices that Plaintiff no longer owes any amounts to Santander, Santander has and continues to report the debt as delinquent and past due to the Credit Agencies.

22. After receiving the disputes, Santander confirmed and continues to confirm to the Credit Agencies that Plaintiff was delinquent and past due under the terms of the loan.

23. Santander intentionally misrepresented to the Credit Agencies that Plaintiff owed any amounts under the loan.

24. Santander has and continues to inform the Credit Agencies that Plaintiff owes it more than $6,000.00.

25. Plaintiff does not owe any amounts to Santander.

### COUNT I – FAIR CREDIT REPORTING ACT VIOLATION

26. Plaintiff incorporates paragraphs 1 through 25 as if set forth in their entirety herein.

27. Santander willfully violated Section 1681n(a) of the Fair Credit Reporting Act.

28. After Plaintiff's multiple disputes of the debt with the Credit Agencies ran its course, Santander did not conduct a reasonable investigation or correct its report to the Credit Agencies.

29. Santander's failure to investigate and correct the false reports to the Credit Agencies violates Section 1681s-2(b) if the Fair Credit Reporting Act.

30. Santander's violations have caused Plaintiff actual damages in the form of having to pay higher interest rates and the inability to obtain financing or credit.

31. Santander's violations have caused Plaintiff actual damages in the form of emotional distress, embarrassment, and humiliation.

32. Santander's conduct, action, and inaction were willful and render Santander liable for punitive damages in an amount to be determined by the Court pursuant to Sections 1681n and 1681o of the Fair Credit Reporting Act.

33. As a result of Santander's violations, Plaintiff is entitled to actual, statutory, and punitive damages in addition to attorneys' fees and costs.

34. Plaintiff is entitled to recover costs and attorneys' fees from Santander in amount to be determined by the Court pursuant to Sections 1681n and 1681o of the Fair Credit Reporting Act.

35. Alternatively, Santander negligently violated Section 1681o(a) of the Fair Credit Reporting Act.

WHEREFORE, Plaintiff prays for the following:

   a) Trial by jury;

   b) Statutory and punitive damages for violating 15 U.S.C. Section 1681 *et seq.*;

c) Reasonable attorneys' fees and costs of this action pursuant to 15 U.S.C. Section 1681 *et seq.*;

d) Actual damages for emotional distress and out of pocket losses as a result of the violations under 15 U.S.C. Seection 1681 *et seq.* in an amount to be determined at trial;

e) Other and further relief as may be just and proper.

This 21st day of July, 2017.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Plaintiff
nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104