# THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

August 18, 2015

TransUnion LLC
Consumer Dispute Center
PO Box 2000
Chester, PA 19022

          Re:    Richard Knadler
                   Social Security Number Ending in 2598

To whom it may concern:

      This law office represents the above-named individual. This letter is sent to formally dispute a credit item on his report. Specifically, the dispute is with reference to the Santander Consumer USA item, Account Number ▇▇▇▇▇▇▇▇▇▇550. The account balance should read $0 since the time of the repossession was reported in August 2012. The creditor failed to obtain a deficiency judgment as required by law; therefore, my client no longer has a balance with said creditor. Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff

## THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

August 18, 2015

Equifax Information Services LLC
PO Box 740256
Atlanta, GA 30374

Re:   Richard Knadler
      Social Security Number Ending in 2598

To whom it may concern:

This law office represents the above-named individual. This letter is sent to formally dispute a credit item on his report. Specifically, the dispute is with reference to the Santander Consumer USA item, Account Number 3000018476550. The account balance should read $0 since the time of the repossession was reported in August 2012. The creditor failed to obtain a deficiency judgment as required by law; therefore, my client no longer has a balance with said creditor. Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff

## THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

August 18, 2015

Experian National Consumer
Assistance Center
PO Box 4500
Allen, TX 75013

Re: Richard Knadler
Social Security Number Ending in 2598

To whom it may concern:

This law office represents the above-named individual. This letter is sent to formally dispute a credit item on his report. Specifically, the dispute is with reference to the Santander Consumer USA item, Account Number 3000018476550. The account balance should read $0 since the time of the repossession was reported in August 2012. The creditor failed to obtain a deficiency judgment as required by law; therefore, my client no longer has a balance with said creditor. Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff

# THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

August 18, 2015

Santander Consumer USA
8585 N. Stemmons Fwy St
Dallas, TX 75247-3836

Re: Richard Knadler
Account No. 3000018476550
Social Security Number Ending in 2598

To whom it may concern:

This law office represents the above-named individual to dispute inaccurate credit reporting and possible violations of the FCRA. This letter is sent to formally dispute a credit item on his report. Specifically, the dispute is with reference to your Account Number 3000018476550. The account balance should read $0 since the time of the repossession was reported in August 2012. You failed to obtain a deficiency judgment as required by law; therefore, my client no longer has a balance with you. My client, through the undersigned, has also filed formal disputes with the credit agencies. Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff

# THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

June 22, 2016

Experian National Consumer
Assistance Center
PO Box 4500
Allen, TX 75013

Re: Richard Knadler
Social Security Number Ending in ▮▮▮▮

To whom it may concern:

I am writing to formally dispute certain credit reporting inaccuracies on behalf of my client Richard Knadler's credit report.

1) Santander Consumer USA item, Account Number ▮000018476▮50. The account balance should read $0 since the time of the repossession was reported in August 2012. It should read $0 because Santander failed to obtain a deficiency judgment as required by law.

2) Santander Consumer USA item, Account Number ▮▮6707▮▮3. My client made an April 2016 payment and it should not be reported as past due.

3) Seneca Mortgage account – my client disputes that he owed any amount to Seneca Mortgage. Please verify the account and account information, including highest balance if it is indeed his.

Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff

# THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

June 21, 2016

Equifax Information Services LLC
PO Box 740256
Atlanta, GA 30374

Re: Richard Knadler
Social Security Number Ending in 2598

To whom it may concern:

I am writing to formally dispute certain credit reporting inaccuracies on behalf of my client Richard Knadler's credit report.

1) Santander Consumer USA item, Account Number 3000018476550. The account balance should read $0 since the time of the repossession was reported in August 2012. It should read $0 because Santander failed to obtain a deficiency judgment as required by law.

2) Santander Consumer USA item, Account Number 3670793. My client made an April 2016 payment and it should not be reported as past due.

3) Seneca Mortgage account – my client disputes that he owed any amount to Seneca Mortgage. Please verify the account and account information, including highest balance if it is indeed his.

Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff

Enclosure

# THE LAW OFFICE OF NATHAN E. HUFF

LICENSED IN GEORGIA AND SOUTH CAROLINA
228 BASTON ROAD
AUGUSTA, GEORGIA 30907
(706) 922-3104
FACSIMILE (706) 922-3105
WWW.NEHLAW.COM

June 21, 2016

TransUnion LLC
Consumer Dispute Center
PO Box 2000
Chester, PA 19016

Re:   Richard Knadler
      Social Security Number Ending in 2598

To whom it may concern:

I am writing to formally dispute certain credit reporting inaccuracies on behalf of my client Richard Knadler's credit report.

1) Santander Consumer USA item, Account Number 3000018476550. The account balance should read $0 since the time of the repossession was reported in August 2012. It should read $0 because Santander failed to obtain a deficiency judgment as required by law.

2) Santander Consumer USA item, Account Number 3670793. My client made an April 2016 payment and it should not be reported as past due.

3) Seneca Mortgage account – my client disputes that he owed any amount to Seneca Mortgage. Please verify the account and account information, including highest balance if it is indeed his.

Please contact the undersigned should you have any questions or need anything further.

Very truly yours,

Nathan E. Huff