IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD KNADLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-00083-JRH-BKE |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant Local Rule 7.1.1, Plaintiff Richard Knadler submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for Plaintiff certifies that, to the best of its knowledge, the following is a full and complete list of all parties in this action, excepting parties who are identified only by fictitious names, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a) **Richard Knadler – Plaintiff;**

    (b) **Santander Consumer USA Inc. – Defendant;**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Nathan E. Huff, Law Office of Nathan E. Huff, 228 Baston Road, Augusta, Georgia 30907.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Counsel for Plaintiff:*
Nathan E. Huff

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907

This 26th day of July, 2017.

                                                                              /s/ Nathan E. Huff
                                                                              Nathan E. Huff
                                                                              Ga. Bar No. 773611
                                                                              Attorney for Plaintiff
                                                                              nhuff@nehlaw.com

Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104