IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD KNADLER, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-083 |
| SANTANDER CONSUMER USA INC., | * | |
| Defendant. | * | |

**O R D E R**

This matter is before the Court on its own initiative. Plaintiff initiated this action on July 21, 2017. (Doc. 1.) On September 29, 2017, Defendant moved to dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] (Doc. 7.) On December 1, 2017, the United States Magistrate Judge notified the parties that they had failed to timely submit a Rule 26(f) Report and ordered them to timely confer and submit their report thereon. (Doc. 8; see also Doc. 2.) Instead, on December 15, 2017, the parties filed a Notice of Settlement, wherein they advised the Court that their dispute "has been settled" and that "[a d]ismissal will follow as soon as all necessary documents can be executed." (Doc. 9.)

Since the filing of the parties' Notice of Settlement, no substantive motions have been filed and no other substantive

---

[1] To date, Plaintiff has not responded to Defendant's motion to dismiss.

actions have been taken in this Court. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, as to why the Court should not: (a) dismiss with prejudice Plaintiff's claims against Defendant; and (b) close this case. Plaintiff **SHALL FILE** this show cause memorandum, through counsel of record, **by no later than February 14, 2018.**[2] Plaintiff's failure to timely file his forthcoming show cause memorandum may result in the dismissal of this action with prejudice without further notice.

**ORDER ENTERED** at Augusta, Georgia this 31st day of January, 2018.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```

---

[2] In the event that the parties have consummated their settlement agreement alluded to by the parties in their Notice of Settlement, the parties **SHALL** immediately file a stipulation of dismissal, signed by counsel of record for both parties, with the Clerk. In the event that the parties have failed to consummate their contemplated settlement agreement, Plaintiff **SHALL** explain succinctly in his show cause memorandum: (i) the reasons for this failure and whether either party intends to pursue a motion to enforce settlement agreement; (ii) his intent to oppose Defendant's motion to dismiss; and (iii) the status of the parties' Rule 26(f) conference and report thereon.