IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RICHARD KNADLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-00083-JRH-BKE |
| | ) |
| SANTANDER CONSUMER USA INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, jointly announce to the Court that, because the claims in this action have been settled, they wish to dismiss this lawsuit, with prejudice. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this action should be voluntarily dismissed with prejudice. Each party shall bear its own costs.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@nehlaw.com
Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(706) 922-3104
Attorney for Plaintiff

/s/ Jarrod S. Mendel
Jennifer R. Burbine
Georgia Bar No. 167807
Jarrod S. Mendel
Georgia Bar No. 435188
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309
(404) 443-5736
jburbine@mcguirewoods.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 12th day of February, 2018.                    /s/ Nathan E. Huff
                                                    Nathan E. Huff